EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Medidas Judiciales para<br>    atender Emergencias causadas<br>    por la Tormenta Jeanne | 2004 TSPR 145<br><br>162 DPR \_\_\_\_ |

Número del Caso: EM-2004-5

Fecha: 20 de septiembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender Emergencias causadas                    EM-2004-5
por la Tormenta Jeanne

_____

RESOLUCIÓN

San Juan, Puerto Rico a 20 de septiembre de 2004.

El martes 14 de septiembre de 2004 el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical para Puerto Rico, Vieques y Culebra y vigilancia de inundaciones para toda la Isla ante la inminencia del paso de la Tormenta Jeanne. En vista de la situación climatológica y el riesgo a la vida que pudiera representar este fenómeno atmosférico, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, concedió los días 15 al 17 de septiembre de 2004 libre a los empleados de la Rama Judicial con cargo a la licencia por desastre natural y decretó la suspensión de los trabajos en los Tribunales y el cierre de las Secretarías.

Debido a los efectos de la Tormenta Jeanne, los servicios esenciales de energía eléctrica, agua, alcantarillado y teléfono han sido interrumpidos en toda la Isla. Esta situación ha impedido a los abogados y abogadas preparar sus escritos, recursos, comparecencias y otros documentos judiciales y la reproducción de los mismos para poder presentar éstos una vez se reanuden las labores judiciales. En estas circunstancias, la mera extensión de los términos a vencer durante los días que los Tribunales permanecieron cerrados hasta el próximo día laborable no representaría una solución justa ante las necesidades de la ciudadanía de acceso a los tribunales mediante sus representantes legales.

Para remediar esta situación y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, en situaciones de emergencia como la presente, y ante la ausencia de una ley aplicable a esta situación, **se decretan suspendidos todos los términos dispuestos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos**

**y trámites judiciales, que vencieron o vencen entre el 15 al 30 de septiembre 2004, inclusive. Por ende, dichos términos vencerán el 1 de octubre de 2004.**

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Patricia Otón Olivieri
                          Secretaria del Tribunal Supremo